In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00220-CR

                                                ______________________________

 

 

                                       CHARLES HEARNE,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                         On Appeal from the 6th Judicial District Court

                                                             Lamar County, Texas

                                                            Trial
Court No. 20502

 

                                                            
                                      

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                     MEMORANDUM 
OPINION

 

            Charles
Hearne has filed a notice of appeal from the revocation of his community
supervision.  We have now received the
certification of Hearne’s right of appeal as required by Rule 25.2 of the Texas
Rules of Appellate Procedure.  See Tex.
R. App. P. 25.2.  That
certification states that Hearne waived his right of appeal.

            Unless
a certification, showing that a defendant has the right of appeal, is in the
record, we must dismiss the appeal.  See Tex.
R. App. P. 25.2(d).  Because the
trial court’s certification affirmatively shows that Hearne has waived his
right of appeal, and because the record before us does not reflect that the
certification is incorrect, see Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the
appeal.

            We
dismiss the appeal for want of jurisdiction.

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          February
23, 2010

Date Decided:             February
24, 2010

 

Do Not Publish